IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OSTRIDER LIMITED,<br><br>                      Petitioner,<br>  v.<br><br>PDVSA PETROLEO S.A.,<br><br>                      Respondent. | C.A. No. _____ |

**PETITIONER'S CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED R. CIV. P. 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Ostrider Limited ("Petitioner"), a company incorporated under the laws of the United Kingdom, respectfully discloses that Petitioner is wholly-owned by Union Maritime Limited, which in turn is owned in equal shares by South Central Property Limited and Solai Holdings Limited. No other corporation owns 10% or more of Petitioner's stock.

*[Signature on following page]*

| | |
|---|---|
| Dated:  December 7, 2023<br>       Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br>*/s/ Scott Leonhardt*<br>Frederick B. Rosner (DE 3995)<br>Scott Leonhardt (DE 4885)<br>Zhao (Ruby) Liu (DE 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel.: (302) 777-1111<br>Email:  rosner@teamrosner.com<br>          leonhardt@teamrosner.com<br>          liu@teamrosner.com<br><br>       -and-<br><br>**CLYDE & CO US LLP**<br>John R. Keough<br>The Chrysler Building<br>405 Lexington Ave, 16th Floor<br>New York, New York 10174<br>Tel: (212) 710-3900<br>Fax: (212) 710-3950<br>John.Keough@clydeco.us<br><br>*Counsel for Petitioner, Ostrider Limited* |